IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

Ronald Pense                                                                                        PLAINTIFFS

    vs.                              NO.  16-5275

Ally Financial Inc., and Equifax Information Services, LLC                    DEFENDANT

## CLERK'S ORDER OF DISMISSAL

On this 24th day of February, 2017, the parties herein having filed a Stipulation of Dismissal Pursuant to Rule 41,  dismissing Ally Financial, Inc. as defendant in this action. IT IS ORDERED that plaintiff's complaint be, and hereby is dismissed with prejudice against Ally Financial, Inc.

                                                AT THE DIRECTION OF THE COURT
                                                DOUGLAS F. YOUNG, CLERK

                                                BY:  /s/ T. Gunderson
                                                Deputy Clerk