IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

RONALD PENSE                                                                                    PLAINTIFF

NO.  5:16-cv-5275-TLB

ALLY FINANCIAL, INC., previously                                                  DEFENDANT
known as GMAC, INC., and EQUIFAX
INFORMATION SERVICES, LLC

### CLERK'S ORDER OF DISMISSAL

On this 6th day of September, 2017, the parties hereto having

filed a stipulation for dismissal pursuant to Rule 41 (a), Federal Rules of Civil Procedure,

IT IS ORDERED that plaintiff's complaint be, and hereby is dismissed with prejudice.

AT THE DIRECTION OF THE COURT

DOUGLAS F. YOUNG, CLERK

BY: /s/ R. Guerrero
        Deputy Clerk